Marijan S Hucke (4615654)
cases@huckesanker.com
Hucke & Sanker PLLC
43 West 43rd Street, Suite 363
New York, NY 10036-7424
Telephone: (201) 228-0455
Facsimile: (646) 396-0411
*Attorneys for Plaintiff*
*emoji company GmbH*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| emoji company GmbH<br>*Plaintiff*<br><br>v.<br><br>THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A<br>*Defendants* | CIVIL ACTION No. |

**MOTION TO SEAL**

**PLEASE TAKE NOTICE** that for the reasons set forth below Plaintiff, emoji company ("emoji" or "Plaintiff") respectfully moves this Court to File Under Seal the following documents associated with the above referenced action (the "Motion") until such time as the Court holds a hearing on Plaintiff's anticipated Motion for Preliminary Injunction:

(1) Plaintiff's Schedule A attached to the Complaint, which identifies and includes a list of Defendants' Seller Names and Defendant Domain Names and/or the Online Marketplace Accounts (the "Defendant Internet Stores"), and

1

(2) screenshot printouts showing the active Defendant Internet Stores (Exhibit 3 to the Declaration of Marijan Hucke).

Plaintiff has filed its public-record version of the documents redacted and concurrently herewith has provisionally filed the documents electronically under seal.

Pursuant to 15 U.S.C. § 1116(d)(8) Plaintiff seeks to file the above identified documents associated with the action under seal relating to Defendants' (as identified in Schedule A and collectively, hereinafter referred to as "Defendants") intentional and wilful manufacturing, importing, exporting, advertising, marketing, distributing, displaying, offering for sale, and/or selling of infringing and/or counterfeit emoji Products, bearing and/or using Plaintiff's federally registered trademarks in and to the emoji Products and/or marks that are confusingly and/or substantially similar to, identical to and constitute counterfeiting and/or infringement of Plaintiff's federally registered trademarks in and to the emoji Products ("Counterfeit Products") to consumers located in the United States, including New York ("Application to Seal").

The Lanham Act specifically provides the Court with the authority to seal the file in cases involving counterfeiting. See 15 U.S.C. §1116(d)(8). Sealing (this part) of the court file not only protects the identity of the parties and the nature of relief sought, but it prevents the infringers from being apprised of the impending action, in which case, they would likely hide, transfer or dispose of the Counterfeit Products, the means of manufacturing, or obtaining such Counterfeit Products, related business, records, and information, as well as their assets, to which plaintiff is entitled. This Court has sealed files in similar actions of infringement and counterfeiting. See e.g. *Jiangsu Huari Webbing Leather Co., Ltd. v. Joes Identified in Schedule A*, 23-CV-2605-JLR, ECF No. 12 (S.D.N.Y. Apr. 4, 2023) (granting application to seal); *Intersell Ventures, LLC v.*

*1688 Factory Direct Store Store*, 2025 WL 485715 (S.D.N.Y. Jan. 16, 2025) (same); *Spin Master Ltd. v. Aganv, 24-cv-4007*, 2024 U.S. Dist. LEXIS 166526 (S.D.N.Y. Aug. 9, 2024) (same). *Wowwee Group Ltd. et al v. Meirly, et al*, No. 1:18-cv-00706 Document # 7 (S.D.N.Y. Feb. 5, 2018) (granting application to seal); *Allstar Marketing v. _GB Housewear Store, et al*. No. 1:17-cv-07596 Document #22 (S.D.N.Y. Oct. 12, 2017) (same); *Spin Master Ltd. and Spin Master, Inc. v. Alan Yuan's Store, et al* No. 1:17-cv-07422 Document #19 (S.D.N.Y. Oct. 13, 2017) (same); *Kipling Apparel Corp. et al v. Rhys, et al* No. 16-cv-990 Document #14 (S.D.N.Y. Feb. 17, 2016) (same).

Accordingly, Plaintiff respectfully submits that the court grants Plaintiff leave to file its Schedule A attached to the Complaint and Exhibit 3 and 4 to the Declaration of Marijan Hucke under seal until the hearing on Plaintiff's Application For an Order to Show Cause Why a Preliminary Injunction Should Not Issue or further order of the Court.

A Proposed Order granting the Application to Seal is submitted herewith.

Dated: September 10, 2025

HUCKE SANKER PLLC

BY: /s/ Marijan S Hucke
Marijan S. Hucke (4615654)
cases@huckesanker.com

HUCKE & SANKER PLLC
43 West 43rd Street, Suite 363
New York, NY 10036-7424
Telephone: (201) 228-0455
Facsimile: (646) 396-0411
*Attorneys for Plaintiff*