Marijan S Hucke (4615654)
cases@huckesanker.com
HUCKE & SANKER PLLC
43 West 43rd Street, Suite 363
New York, NY 10036-7424
Telephone: (201) 228-0455
Facsimile: (646) 396-0411
*Attorneys for Plaintiff*
*Emoji company GmbH*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| emoji company GmbH<br>*Plaintiff*<br><br>v.<br><br>THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A<br>*Defendants* | **CIVIL ACTION No.** |

On this day, the Court considered Plaintiff's Motion To Seal and it is hereby ORDERED that ~~Plaintiff motion is GRANTED. The Court grants~~ the Plaintiff is granted leave to file ~~its~~ Schedule A attached to the Complaint and Exhibit 3 and 4 to the Declaration of Marijan Hucke under seal.

SO ORDERED.

SIGNED this 10th day of September, 2025, ~~at _____ m.~~

_____
UNITED STATES DISTRICT JUDGE