```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------- X
                                          :
emoji company GmbH,                       :
                                          :
                         Plaintiff,       :      25cv7516 (DLC)
               -v-                        :
                                          :          Order
The Individuals, Corporations, Limited    :
Liability Companies, Partnerships, and    :
Unincorporated Associations Identified    :
on Schedule A hereto,                     :
                                          :
                         Defendants.      :
                                          :
----------------------------------------- X
```

DENISE COTE, District Judge:

A preliminary injunction hearing is set to occur on **October 31, 2025** at **11:00 AM**. It is hereby

ORDERED that the plaintiff shall file by noon on **October 30, 2025** a proposed preliminary injunction order as well as a status report.

Dated:     New York, New York
           October 28, 2025

                                     _____
                                            DENISE COTE
                                     United States District Judge