```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------- X
                                          :
emoji company GmbH,                       :
                                          :
                         Plaintiff,       :      25cv7516 (DLC)
             -v-                          :
                                          :           Order
The Individuals, Corporations, Limited    :
Liability Companies, Partnerships, and    :
Unincorporated Associations Identified    :
on Schedule A hereto,                     :
                                          :
                         Defendants.      :
                                          :
----------------------------------------- X
```

DENISE COTE, District Judge:

For the reasons set forth at the preliminary injunction hearing on October 31, 2025, it is hereby

ORDERED that the plaintiff shall file any motion for default judgment by **November 21, 2025**. The motion must comply with this Court's Individual Practices.

IT IS FURTHER ORDERED that the plaintiffs shall serve this Order, the motion for default judgment papers, and a copy of the Court's Individual Practices on the defendants via email as set forth in Paragraph 3(a) of the Preliminary Injunction Order and shall file proof of such service on ECF on or before **November 25, 2025**.

IT IS FURTHER ORDERED that a default judgment hearing will be held on **December 5, 2025** at **11:30 a.m.** in Courtroom 18B, 500 Pearl Street, New York, New York. Failure of the defendants to

appear may result in entry of a default.

Dated:   New York, New York
         October 31, 2025

                                   _____
                                          DENISE COTE
                                   United States District Judge