Marijan S Hucke (4615654)
cases@huckesanker.com
HUCKE & SANKER PLLC
43 West 43rd Street, Suite 363
New York, NY 10036-7424
Telephone: (201) 228-0455
Facsimile: (646) 396-0411
*Attorneys for Plaintiff*
*emoji company GmbH*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| emoji company GmbH<br>*Plaintiff*<br><br>v.<br><br>THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A<br>*Defendants* | **CIVIL ACTION No.**<br>**25-cv-07516** |

## NOTICE OF VOLUNTARY DISMISSAL

PURSUANT TO Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff emoji company GmbH ("emoji" or "Plaintiff"), by its undersigned attorneys, hereby gives notice of dismissal of all claims against the named Defendants below in the above-captioned action, with prejudice, and with each party to bear its own attorneys' fees, costs and expenses.

| Def No | Defendant Name |
|---|---|
| 5 | cagesmoke |
| 8 | DD PETS |
| 12 | FANOST |

1

| 13  | Fuerxy |
|-----|--------|
| 14  | Godor |
| 18  | HinewGMBH |
| 19  | hlgff |
| 23  | hui an han guang mao yi you xian gong si |
| 32  | Patmoses |
| 41  | Shakas-Auto-US |
| 46  | TOWNSKYY |
| 48  | USA Annabel |
| 54  | YC-Studio-US |
| 55  | Youngher |
| 56  | zatosi |
| 62  | UOQFHHM |
| 67  | Eki-Shoal |
| 71  | RUNRAYAY US |
| 73  | chenshuiting |
| 76  | BOXIMIAO |
| 85  | XingQiuMaoYi |
| 87  | shenzhengaohuikejiyouxiangongsi |
| 89  | luxavella |
| 96  | LINSEN |
| 112 | CDSASHCA |

Dated: November 11, 2025

So ordered.

/s/ Denise Cote
11/19/25

HUCKE SANKER PLLC

BY: /s/ Marijan S Hucke
Marijan S. Hucke (4615654)
cases@huckesanker.com

HUCKE & SANKER PLLC
43 West 43rd Street, Suite 363
New York, NY 10036-7424
Telephone: (201) 228-0455

2

Facsimile: (646) 396-0411
*Attorneys for Plaintiff*

**It is so ORDERED.**

Signed at New York, NY on_____ ___, 2025.

_____
Judge Denise L. Cote
United States District Judge